Name **Angel Navarro**
Address 714 W. Olympic Blvd., Suite 450
City, State, Zip Los Angeles, CA 90015
Phone (213) 744-0216
Fax (213) 746-4435
E-Mail angel_navarro@me.com

☐ FPD   ☐ Appointed   ☒ CJA   ☐ Pro Per   ☐ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | CR 11-01075-SJO-3 |
| v. | |
| Kenneth Wayne Johnson, M.D. | NOTICE OF APPEAL |
| DEFENDANT(S). | |

NOTICE IS HEREBY GIVEN that __Kenneth Wayne Johnson, M.D.__ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☒ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on __January 6, 2016__. Entered on the docket in this action on __January 6, 2016__.

A copy of said judgment or order is attached hereto.

__January 19, 2016__                __Angel Navarro /s/__
Date                                Signature
                                    ☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note:   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                         NOTICE OF APPEAL