

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK OF COURT

To:    ☐ Chief Deputy    ☐ Fiscal

Re:    **Verification of Surrender to Bureau of Prisons or Report to United States Probation**

Case Number: 2:11-cr-1075-SJO-3

Defendant's Name: USA VS   KENNETH WAYNE JOHNSON

The above-named defendant was ordered to self-surrender to begin serving their sentence of imprisonment on 3/4/16 . The bond may be exonerated pending the verification as to whether the defendant is being electronically monitored by the U.S. Probation Office; confined to the custody of the Bureau of Prisons; or completed their jail time.

**As of :** 3/7/16 **, it was verified the defendant:**

☐    the Bureau of Prisons was unable to provide information as the above-named defendant.

☐    has commenced their electronic monitoring.

☐    has completed their electronic monitoring.

☐    has reported to the U.S. Probation Office.

☐    has surrendered to the Bureau of Prisons.

☑    Other:    Surrender date is Stayed, Pending motion for bail on appeal filed n the Ninth Circuit Court

**Verified via   ☐ telephone or   ☑ e-mail with the following:**

☐    U.S. Probation Officer: _____ ,
                              *(Name of Officer)*

☐    Bureau of Prisons: _____ ,
                        *(Name of Officer)*

☑    U.S. Marshal:    Kelly Gutierrez, USMS _____ ,
                      *(Name of Officer)*

3/7/16                          By  L Chai
Date                                Deputy Clerk

CR-86 (11/08)                **VERIFICATION OF SURRENDER**